## HOLLOWAY v. STATE.
### No. 20479.

Court of Criminal Appeals of Texas.

Oct. 18, 1939.

G. H. Williamson, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for transporting intoxicating liquor in dry territory, punishment assessed being a fine of $100.

The record before us contains neither statement of facts nor bills of exception. The complaint and information properly charge the offense. Under the condition of the record nothing is presented for review.

The judgment is affirmed.

## SMITH v. STATE.
### No. 20634.

Court of Criminal Appeals of Texas.

Oct. 18, 1939.

W. O. Slattery, of Corpus Christi, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment assessed being two years in the penitentiary.

The indictment properly charges the offense. The record before this court contains neither bills of exception nor statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.